UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY JACKSON,

                Plaintiff,

-against-

LIGHTLY MOST FAVORABLE TO FINOLA
DISCOVERY, ET AL.,

                Defendants.

25cv8140 (LTS)

CIVIL JUDGMENT

For the reasons stated in the October 20, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  October 22, 2025
          New York, New York

                                    /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                 Chief United States District Judge